# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CHRISTIAN S. GOMEZ,

      Plaintiff,

v.                              Case No:   6:23-cv-2447-GAP-LHP

CABINET COATING KINGS, LLC
and ALEX CORRAL,

      Defendants

---

## ORDER

This cause comes before the Court on the parties' Joint Motion for Approval of Settlement and for Dismissal with Prejudice (Doc. 45) filed October 28, 2024.

On November 12, 2024, the United States Magistrate Judge issued a report (Doc. 46) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Joint Motion for Approval of Settlement and for Dismissal with Prejudice is **GRANTED**.

3. The Settlement Agreement (Doc. 45-1), with the severance of the "no right of future employment or association" provision, is approved.

4. Defendants' Motion for Partial Summary Judgment (Doc. 35) is **DENIED** as moot.

5. The case is dismissed with prejudice and the clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 27, 2024.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party